Dohner v. Barr.

JOSEPH R. DOHNER, APPELLEE, V. JOHN M. BARR, AP-
PELLANT.

FILED JULY 1, 1916. No. 18889.

Appeal: CONFLICTING EVIDENCE. "Where the evidence is conflicting and
    the judgment is supported by competent evidence, it will not
    be disturbed, even though a different conclusion might have been
    reached." *Burwell Irrigation Co. v. Lashmett*, 59 Neb. 605.

APPEAL from the district court for Lancaster county:
ALBERT J. CORNISH, JUDGE. *Affirmed.*

*R. O. Williams,* for appellant.

*W. C. Frampton, contra.*

FAWCETT, J.

Action to recover a balance of $50 for money loaned.
Plaintiff recovered, and defendant appeals.

The errors assigned are that the court by its instructions
to the jury eliminated defendant's plea of payment; that
the court refused to give certain instructions requested by
defendant; that the court neglected to give any instruction
covering defendant's theory that the money had been paid;
and that the verdict is not sustained by sufficient evidence.
The evidence is in sharp conflict. It would have sustained
a verdict either way. The jury accepted the testimony of-
fered by plaintiff, and an experienced district court, who
saw the witnesses upon the stand and heard them testify,
approved the verdict by entering judgment upon it. This
must be held conclusive on the question of the sufficiency
of the evidence.

We have examined the instructions given by the court,
also those requested by defendant, and are unable to dis-
cover any error either of omission or commission. The
defendant's plea of payment was properly submitted.
Everything requested by defendant in instructions refused,

which was proper to go to the jury, was covered by the court's instructions. The instructions we think fairly covered defendant's theory that the money had been repaid.

Finding no prejudicial error in the record, the judgment of the district court is

AFFIRMED.

SEDGWICK, J., not sitting.